IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JAME GRAEMON                                                    PLAINTIFF

v.                         Civil No. 06-2053

DOUGLAS ALBERT BUCKLEY;
LONNIE COLEMAN TURNER;
SUNSHINE BUCKLEY; and
RODERICK WEAVER                                                 DEFENDANTS

### ORDER

Jame Graemon submitted this pro se action for filing. Along with multiple documents which the court will treat as his complaint, Graemon has submitted an application to proceed *in forma pauperis* (IFP) and a civil cover sheet. He contends Douglas Albert Buckley caused the death of his Mother. Graemon alleges Douglas Buckley and the remaining defendants have deprived him of his property, his inheritance, and his heritage. He maintains the named defendants have engaged in acts of racketeering, fraud and treason.

The clerk is directed to file this action as a civil rights case. The IFP application is granted. The undersigned will determine at a later time whether complaint should be served on the defendants.

IT IS SO ORDERED this 5th day of May 2006.

BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
MAY 0 8 2006
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

-1-

AO72A
(Rev. 8/82)