**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

JAME GRAEMON                                                    PLAINTIFF

        v.        Civil No. 06-2053

DOUGLAS ALBERT BUCKLEY;
LONNIE COLEMAN TURNER;
SUNSHINE BUCKLEY; and
RODERICK WEAVER                                                 DEFENDANTS

### O R D E R

Now on this 2nd day of June, 2006, come on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #4), and plaintiff's **Response To R&R Of The Magistrate Judge And Recommendations** (document #5), and the Court, having carefully reviewed both documents, finds that the Report And Recommendation is sound in all respects, and that it should be adopted *in toto*. The Court further finds that plaintiff's objections to the Report And Recommendation are without merit, and should be overruled.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that plaintiff's objections thereto, as stated in his **Response To R&R Of The Magistrate Judge And Recommendations** (document #5) are **overruled.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's

claims are hereby **dismissed**.

**IT IS SO ORDERED.**

**/s/ Jimm Larry Hendren**
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**